COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-21-00021-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| ALEJANDRO PORTILLO, | § | of El Paso County, Texas |
|  | § | (TC# 22016DCV3161) |
| Appellee. | § |  |

## **O R D E R**

The Court is in receipt of an "Agreed Motion of Attorney's Fees and Expenses". We refer to the trial court the sole issue of determining whether the agreed amount of attorney's fees in the amount of $12,700 is reasonable and necessary and approved pursuant to section 408.222(a). TEX. LAB. CODE ANN. The trial court shall render an order on the issue of the agreed attorney's fees and expenses.

All remaining deadlines in the 8th Court of appeals remain in place.

IT IS SO ORDERED this 27th day of October, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.